[No. 17346–4–I.  Division One.  August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
DAVID DENA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02176–6, David C. Hunter, J., entered October 22, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 18664–7–I.  Division One.  August 17, 1987.]

MARINE PLAZA ASSOCIATES, *Appellant,* v. DAVID A. BOLIN,
ET AL, *Defendants,* MARK S. RULJANCICH,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–01712–9, Dennis J. Britt, J., entered May 22, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, J., and Revelle, J. Pro Tem.

[No. 17420–7–I.  Division One.  August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY C.
EILAND, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00673–3, Stuart C. French, J., entered November 7, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Coleman, J.